UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:13-cr-00012 |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 371 |
| [1] CHARLES JEFFREY EDWARDS | ) | 18 U.S.C. § 1343 |
| (Counts 1 – 28) | ) | 18 U.S.C. § 1957 |
| | ) | 18 U.S.C. § 1001 |
| [2] BRENDA ELISE EDWARDS (a/k/a | ) | |
| Brenda Medina Segura) | ) | |
| (Counts 1 – 27) | ) | |
| | ) | |
| [3] JERROD NICHOLS SMITH | ) | |
| (Counts 1 – 16; Count 28) | ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal Indictment. It is hereby ORDERED that:

The Motion is granted and the Indictment is ordered unsealed.

_____
Judge Bryant, USMJ

Dated: January 24, 2013