IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00012 |
| | ) | Judge Trauger |
| [2] BRENDA ELISE EDWARDS, a/k/a | ) | |
|    Brenda Medina Segura | ) | |

## O R D E R

The defendant's Motion For Review of Detention By Magistrate Judge And Motion For Hearing And Release (Docket No. 28) is set for hearing on Wednesday, April 10, 2013, at 2:00 p.m. It is further **ORDERED** that government counsel shall secure a copy of the transcript of the detention hearing before Magistrate Judge Ormsby in the Southern District of Texas and file it in the record of this case for the use of all parties as soon as possible.

It is so **ORDERED**.

ENTER this 26th day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge