# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:13-00012 |
| ) | Judge Trauger |
| [2] BRENDA ELISE EDWARDS ) | |

## **O R D E R**

Counsel for this defendant has filed a Notice Striking Motion to Set a Hearing on Representation. (Docket No. 118) It is therefore **ORDERED** that the hearing scheduled for March 11, 2014 on the Motion to Set a Hearing on Representation (Docket No. 116) is **CANCELLED**.

It is so **ORDERED**.

ENTER this 11th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge